IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SELECTIVE INSURANCE COMPANY OF SOUTH CAROLINA, | : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | NO. 12-0800 |
| LOWER PROVIDENCE TOWNSHIP and LAWN RANGERS, INC., | : : : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *26th* day of *June*, 2013, upon consideration of Plaintiff Selective Insurance Company of South Carolina's Motion for Summary Judgment (Docket No. 23), Defendant Lower Providence Township's Response in Opposition (Docket No. 26), Defendant Lower Providence Township's Motion for Summary Judgment (Docket No. 24), and Plaintiff Selective Insurance Company of South Carolina's Response in Opposition (Docket No. 25), it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Summary Judgment (Docket No. 23) is **DENIED**.

2. Defendant Lower Providence Township's Motion for Summary Judgment (Docket No. 24) is **GRANTED**.

3. **JUDGMENT IS ENTERED** in favor of both Defendants Lower Providence Township and Lawn Rangers, Inc. and against Plaintiff Selective Insurance Company of South Carolina on the entirety of Plaintiff's Complaint.

4. **JUDGMENT IS ENTERED** in favor of Defendant and Counterclaim-Plaintiff Lower Providence Township and against Plaintiff and Counterclaim-Defendant Selective Insurance Company of South Carolina on the entirety of Defendant and Counterclaim-Plaintiff Lower Providence Township's Counterclaim.

5. This case shall be marked **CLOSED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.